Mary Ensign, Individually, and as Administratrix, etc., Appellant, v. Nathaniel Jarvis, Jr., and Cornelia Hamilton, as Administratrix, etc.,

66 634
147a 687

Respondents. — Judgment appealed from affirmed on opinion of Daniels, J., at Special Term.